Same case below, 634 F.3d 270.

Same case below, 639 F.3d 583.

**No. 10-10570. Jose Donilio Pineda, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3043, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4696.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 612.

**No. 10-10571. LaVonne Davis, Petitioner v. House of Representatives, Eleanor Holmes Norton's Office.**

564 U.S. 1028, 131 S. Ct. 3043, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4753, ■

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 409 Fed. Appx. 355.

**No. 10-10572. Enrique Coronado, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3043, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4621.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 208.

**No. 10-10574. Nizamuddin Chowdhury, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3043, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4785.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10577. Luis Alberto Placencia-Marquez, aka Luis Moreno-Marquez, aka Jose Luis Lopes, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3044, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4711.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 675.

**No. 10-10578. Jose Luis Nunez-Luna, aka Jose Luis Nunez, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3044, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4761.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 392.

**No. 10-10579. Anselmo Gomez, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3044, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4735.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10582. Bernard Tocholke, Petitioner v. Wisconsin.**

564 U.S. 1028, 131 S. Ct. 3044, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4591.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 413 Fed. Appx. 889.